**POLITICAL PRISONER #DL4686**
**(a/k/a Alton D. Brown),**
**Petitioner**

v.

The **FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, Respondents**

**No. 80 EM 2017**

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of August, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition or Extraordinary Relief is **DENIED**.

**Stanley SZYMANSKI, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (CITY OF PHILADELPHIA), Respondent**

**No. 105 EAL 2017**

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Malcolm KEYES, Petitioner**

v.

**M. OVERMYER, Superintendent of SCI Forest, Priya Travassos, District Attorney for Philadelphia County, in her individual/official capacity, Respondents**

**No. 81 EM 2017**

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of August, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Motion for Judgment and Injunctive Relief are **DENIED**.